IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. C 07-3924 RMW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| LT. PERRY, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis.  Plaintiff is currently incarcerated at the California Mens Colony in San Luis Obispo, California.  The instant complaint concerns an incident that occurred in August 2005, while plaintiff was incarcerated at Pleasant Valley State Prison in Coalinga, California.  Accordingly, the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California.  Therefore, venue properly lies in the Eastern District.  See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).  In view of the transfer, the court will not rule upon plaintiff's pending motion to proceed in forma pauperis (docket no. 2).

1  The clerk shall terminate any pending motions and transfer the entire file to the Eastern
2  District of California.
3          IT IS SO ORDERED.
4  DATED: 8/13/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Jenkins924trans          2

1  This is to certify that on 8/15/2007                                    , a copy of this ruling was mailed to the following:

2

3

4  Robert Lee Jenkins, Jr.
   H-53355
   CMC - East   AQ-1134
5  P.O. Box 8101
   San Luis Obispo, CA  93409-8101

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Jenkins924trans              3